## LEEPER et al. v. STATE ex rel. WATERS et al.

No. 23558. March 26, 1935.

Joseph R. Brown, James B. McDonough, A. F. Smith, and F. H. Moore, for plaintiffs in error.

Pete Helton and W. A. Scofield, for defendants in error.

238

GIBSON, J. This is a companion case to John H. Leeper et al. v. State of Oklahoma on relation of C. W. Waters et al., being the Board of County Commissioners of Adair County, Okla., et al., 171 Okla. 235, 42 P. (2d) 821. The same questions of law are involved herein as in that case, and upon the authority of that case, the judgment of the trial court is affirmed.

McNEILL, C. J., and RILEY, BUSBY, and PHELPS, JJ., concur.